out of the fund. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

BENJAMIN N. KRAUT, Respondent, Appellant, v. WORTHINGTON PUMP AND MACHINERY CORPORATION, Appellant, Respondent.— Order so far as appealed from modified in so far as to deny the motion to preclude plaintiff from giving any evidence upon the trial in support of the allegations of the complaint as set forth in said order, on condition that if plaintiff is able to secure the information of which particulars have been demanded as to such matters up to within ten days of the trial, he shall furnish the same under oath, and if at that time plaintiff is without knowledge as to said particulars, he shall state such lack of knowledge under oath in lieu thereof; and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BENJAMIN N. KRAUT, Respondent, v. WORTHINGTON PUMP AND MACHINERY CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

PHOEBE COHEN, Appellant, v. SIDNEY WEINBERG and Another, Defendants, Impleaded with FREDERICK E. KLEIN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN FIELDS v. ROTH MOTOR CARS, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant, appellant, filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ELIZABETH ISSAIA v. RUSSO-ASIATIC BANK, Also Known as BANQUE RUSSO-ASIATIQUE, and NATIONAL CITY BANK OF NEW YORK and GUARANTY TRUST COMPANY OF NEW YORK.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See ante, p. 847.]

NEW YORK LIFE INSURANCE COMPANY v. FULTON DEVELOPMENT CORPORATION and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted on plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See ante, p. 103.]

In the Matter of SAMUEL M. BRODY, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.